UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| JERRY LYNN O'NEAL, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO.: 3:13-CV-00575-RCJ-VPC |
| v. | ) | O R D E R |
| WASHOE COUNTY SOCIAL SERVICES, | ) | |
| Defendants. | ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #3) entered on February 14, 2014, in which the Magistrate Judge recommends that the Court grant Plaintiff's Application to proceed *in forma pauperis* (ECF #1) and dismiss the petition with prejudice. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #3).

IT IS HEREBY ORDERED that Plaintiff's Application to proceed *in forma pauperis* (ECF #1) is GRANTED, and the Clerk shall file the Petition (#1-1).

IT IS FURTHER ORDERED that the Petition is DISMISSED with prejudice and the Clerk of the Court shall enter judgment accordingly and close this case.

IT IS SO ORDERED this 3rd day of April, 2014.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE